LOUI MILLTER v. EMANUEL SCHUSTER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ABRAM ESTRIN v. ELIZABETH PASCALE and Others. JOHN G. RICCIO v. ELIZABETH PASCALE and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JOINT STOCK COMPANY OF VOLGAKAMA OIL AND CHEMICAL FACTORY v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of AMERICAN EAGLE FIRE INSURANCE COMPANY and Others v. NEW JERSEY INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of A. STROUD HAXTON (SYMINGTON v. HAXTON).— Motion denied, without costs, on the ground that it was not made in time, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

AUGUSTA E. STETSON v. GALEN M. HARRIS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MORRIS FRIEDBERG v. E. W. WAGNER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ANDRE BASILE v. KENTUCKY DISTILLERIES & WAREHOUSE Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of the LONG ISLAND RAILROAD COMPANY v. JOHN F. HYLAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

SPOTSWOOD D. BOWERS v. FIFTH AVENUE AND SEVENTY-SEVENTH STREET CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE AMERICAN EXCHANGE NATIONAL BANK v. THE YORKVILLE BANK OF NEW YORK, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Martin and Burr, JJ.

JACOB SCHNECK v. NAT LEWIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

HERMAN SHOPFLOCHER v. HARRIS ZIMMERMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

SILVER BEACH REALTY CORPORATION v. JAMES GEELAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

WILLIAM C. REDFIELD and Others v. NATIONAL PETROLEUM CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of EDWARD J. McLAUGHLIN v. RICHARD E. ENRIGHT, as Police Commissioner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of STEWART BROWNE (DEPARTMENT OF ARCHITECTURE, etc.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.